DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEANNE EICOFF,**
Appellant,

v.

**STEVEN FELSENTHAL, ESQ, NORTHERN TRUST COMPANY,** as
Trustee of the **HELENE E. EICOFF TRUST,** and **SUGAR FELSENTHAL GRAIS & HELSINGER, LLP,**
Appellees.

No. 4D21-872

[January 13, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Gillman, Judge; L.T. Case No. 50-2020-CA-004196-XXXX-MB.

Daniel A. McGowan, Adrian P. Thomas and Michele M. Thomas of Adrian Philip Thomas, P.A., Fort Lauderdale, for appellant.

Jonathan A. Galler and Lawrence J. Miller of Gutter Chaves Josepher Rubin Forman Fleisher Miller P.A., Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***